Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone:  602-926-9880
Facsimile:   312-863-5099

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099

*Attorneys for Standard Fire Insurance Company, erroneously named as The Travelers Indemnity Company dba The Travelers Home and Marine Insurance Company*

# UNTITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAEKKEUN YOON, an individual; SU JUNG KIM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, dba TRAVELERS HOME AND MARINE INSURANCE COMPANY, a Connecticut Corporation; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-01507-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO DISMISS [ECF NO. 6] (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Taekkeun Yoon and Su Jung

1  Kim ("Plaintiffs") and Defendant The Standard Fire Insurance Company ("Standard Fire"), by and
2  through their respective counsel, that the time for Plaintiffs to file and serve their Response to
3  Standard Fire's Motion to Dismiss Plaintiffs' Complaint (ECF No. 6) be extended 7 days through
4  and including Monday, October 12th, 2020.

5      Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Plaintiffs represent that
6  points and authorities presented in Standard Fire's Motion require additional time to review and to
7  present an adequate and thorough counter-argument and supporting authorities.  Further, with the
8  necessities of working remotely due the ongoing COVID-19 pandemic additional time is required
9  for counsel to prepare its Response and to obtain client review and approval of the Response.

10     Accordingly, the Plaintiffs and Standard Fire hereby agree and stipulate to allow Plaintiffs
11 until October 12, 2020 to file its Response to Standard Fire's Motion to Dismiss.  Further, the
12 parties respectfully request this honorable Court enter an Order providing the same.

13 DATED:  October 6, 2020      DATED:  October 6, 2020

14 THE LAW FIRM OF PARKE ESQUIRE      FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

16 By:  /s/ Jose E. Valenzuela      By:  /s/ Dylan P. Todd
Jose E. Valenzuela III, Esq. (NV Bar No. 12510)      Amy M. Samberg (NV Bar No. 10212)
V3Law, LLC      400 E. Van Buren Street, Suite 550
4484 S. Pecos Rd., Ste. 140      Phoenix, AZ 85004
Las Vegas, NV 89121

Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
*Attorney for Plaintiffs*      2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Standard Fire Insurance Company, erroneously named as The Travelers indemnity Company dba The Travelers Home and Marine Insurance Company*

24     IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October _7_, 2020.

- 2 -

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO DISMISS [ECF NO. 6] (SECOND REQUEST)** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: October 6, 2020

                                         */s/ Jennifer Parsons*_____
                                         An Employee of Foran Glennon