Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone:  602-926-9880
Facsimile:   312-863-5099

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099

*Attorneys for Standard Fire Insurance Company, erroneously named as The Travelers Indemnity Company dba The Travelers Home and Marine Insurance Company*

# UNTITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAEKKEUN YOON, an individual; SU JUNG KIM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, dba TRAVELERS HOME AND MARINE INSURANCE COMPANY, a Connecticut Corporation; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-01507-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT THE STANDARD FIRE INSURANCE COMPANY TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS [ECF NO. 6]** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Taekkeun Yoon and Su Jung Kim ("Plaintiffs") and Defendant The Standard Fire Insurance Company ("Standard Fire"), by and

through their respective counsel, that the time for Standard Fire to file and serve its Reply in support of its Motion to Dismiss Plaintiffs' Complaint (ECF No. 6) be extended for two (2) weeks through and including Monday, November 2, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Standard Fire represents that points and authorities presented in Plaintiffs' response require additional time to review and to present an adequate and thorough counter-argument and supporting authorities. Further, with the necessities of working remotely due to the ongoing COVID-19 pandemic, additional time is required for counsel to prepare its Reply and to obtain client review and approval of the Reply.

Accordingly, the Plaintiffs and Standard Fire hereby agree and stipulate to allow Standard Fire until November 2, 2020, to file its Reply in support of its Motion to Dismiss. Further, the parties respectfully request this honorable Court enter an Order providing the same.

DATED: October 16, 2020

THE LAW FIRM OF PARKE ESQUIRE

By: /s/ Jose Valenzuela
Jose E. Valenzuela III, Esq. (NV Bar No. 12510)
V3Law, LLC
4484 S. Pecos Rd., Ste. 140
Las Vegas, NV 89121

*Attorneys for Plaintiffs*

DATED: October 16, 2020

FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC

By: /s/ Dylan P. Todd
Amy M. Samberg (NV Bar No. 10212)
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Standard Fire Insurance Company, erroneously named as The Travelers indemnity Company dba The Travelers Home and Marine Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 19, 2020

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT THE STANDARD FIRE INSURANCE COMPANY TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS [ECF NO. 6]** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED:  October 16, 2020.

                                                                          */s/* Darhyl Kerr
                                                                          An Employee of Foran Glennon

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052