1  Amy M. Samberg, NV Bar No. 10212
2  asamberg@fgppr.com
   FORAN GLENNON PALANDECH
3  PONZI & RUDLOFF PC
   400 East Van Buren Street, Suite 550
4  Phoenix, AZ 85004
   Telephone:  602-926-9880
5  Facsimile:  312-863-5099

6  Dylan P. Todd, NV Bar No. 10456
7  dtodd@fgppr.com
   Lee H. Gorlin, NV Bar No. 13879
8  lgorlin@fgppr.com
9  FORAN GLENNON PALANDECH
   PONZI & RUDLOFF PC
10 2200 Paseo Verde Parkway, Suite 280
   Henderson, NV 89052
11 Telephone:  702-827-1510
   Facsimile:  312-863-5099
12
13 *Attorneys for Standard Fire Insurance
   Company, erroneously named as The
14 Travelers Indemnity Company dba The
   Travelers Home and Marine Insurance
15 Company*

   **UNTITED STATES DISTRICT COURT**

16 **DISTRICT OF NEVADA**

17
18 TAEKKEUN YOON, an individual; SU JUNG        CASE NO.   2:20-cv-01507-JCM-EJY
   KIM, an individual,
19
                    Plaintiffs,                 **STIPULATION AND ORDER**
20                                              **EXTENDING TIME FOR**
   v.                                           **DEFENDANT THE STANDARD FIRE**
21                                              **INSURANCE COMPANY TO FILE ITS**
   THE STANDARD FIRE INSURANCE                  **RESPONSE TO PLAINTIFF'S**
22 COMPANY, a Connecticut Business Entity;      **SECOND AMENDED COMPLAINT**
   DOES I through XV, and ROE Corporations I    **[ECF NO. 24]**
23 through X, inclusive,
24                  Defendants.
25

26         IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Taekkeun Yoon and Su Jung

27 Kim ("Plaintiffs") and Defendant The Standard Fire Insurance Company ("Standard Fire"), by and

28 through their respective counsel, that the time for Standard Fire to file and serve its response to

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

Plaintiff's Second Amended Complaint (ECF No. 24) be extended  for one  (1) additional week through and including Monday, February 22, 2021.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Standard Fire represents that allegations presented in Plaintiff's complaint require additional time to review.  Further, with the necessities of working remotely due to the ongoing COVID-19 pandemic, additional time is required for counsel to prepare its response and to obtain client review and approval of the response.

Accordingly, the Plaintiffs and Standard Fire hereby agree and stipulate to allow Standard Fire until Monday, February 22, 2021., to file its response to Plaintiff's Second Amended Complaint. Further, the parties respectfully request this honorable Court enter an Order providing the same.

DATED:  February 15, 2021

THE LAW FIRM OF PARKE ESQUIRE

By: _____ */s/ Jose E. Valenzuela, III* _____
Jose E. Valenzuela III, Esq. (NV Bar No. 12510)
V3Law, LLC
4484 S. Pecos Rd., Ste. 140
Las Vegas, NV 89121

*Attorneys for Plaintiffs*

DATED:  February 15, 2021

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____ */s/ Dylan P. Todd* _____
Amy M. Samberg (NV Bar No. 10212)
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Standard Fire Insurance Company, erroneously named as The Travelers indemnity Company dba The Travelers Home and Marine Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 16, 2021.

*FORAN GLENNON PALANDECH PONZI & RUDLOFF PC*
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052